**DISMISS and Opinion Filed December 19, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00308-CV

### IN THE INTEREST OF C.M.S., A CHILD

**On Appeal from the 470th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 470-54249-2016**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Evans, and Justice Brown
Opinion by Chief Justice Wright

Appellant's brief in this case is overdue. After appellant failed to respond to the Court's inquiry regarding the reporter's record, we ordered the appeal submitted without a reporter's record and appellant's brief to be filed by August 29, 2018. By postcard dated October 26, 2018, we notified appellant the time for filing his brief had expired. We directed appellant to file a brief and an extension motion within ten days. We cautioned appellant that failure to file a brief and an extension motion would result in the dismissal of this appeal without further notice. To date, appellant has not filed his brief nor otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  TEX. R. APP. P. 38.8(a)(1); 42.3(b), (c).


/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE


180308F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF C.M.S., A CHILD

No. 05-18-00308-CV

On Appeal from the 470th Judicial District Court, Collin County, Texas
Trial Court Cause No. 470-54249-2016.
Opinion delivered by Chief Justice Wright. Justices Evans and Brown participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee EMILY C.GRINDINGER recover her costs of this appeal from appellant JAMES SLAUGHTER.

Judgment entered December 19, 2018